# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| State of North Dakota, ex. Rel Wayne Stenehjem, Attorney General,  )<br>  )<br>Petitioner,  )<br>  )<br>vs.  )<br>  )<br>Simple.Net, Inc. f/n/a Dail Up Services, Inc. d/b/a Simple.Net,  )<br>  )<br>Respondent.  ) | **ORDER GRANTING MOTIONS FOR ADMISSION PRO HAC VICE**<br><br><br><br><br>Case No. 1:08-cv-002 |

Before the court is Respondent's motion for attorney Peter Strojnik to appear *pro hac vice* on itsw behalf. In accordance with Local Rule 79.1(D), Mr. Strojnik has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fee to the office of the clerk. Accordingly, Respondent's motion (Docket No. 2) is **GRANTED**. Attorney Peter Strojnik is admitted to practice before this court in the above-entitled action on behalf of the Resspondent.

**IT IS SO ORDERED.**

Dated this 7th day of January, 2008.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge